UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

CLARENCE RAY,

        Plaintiff,                                    Case No. 1:21-cv-10228

v.                                                    Honorable Thomas L. Ludington
                                                         United States District Judge

COMMISSIONER OF SOCIAL SECURITY,

                                                         Honorable Patricia T. Morris
       Defendant.                                United States Magistrate Judge
_____/

**ORDER (1) ADOPTING REPORT AND RECOMMENDATION, (2) GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, (3) DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, (4) AFFIRMING ALJ'S DECISION, AND (5) DISMISSING COMPLAINT WITH PREJUDICE**

        This matter is before this Court upon Magistrate Judge Patricia T. Morris's Report, ECF No. 20, recommending that the undersigned grant Defendant's Motion for Summary Judgment, ECF No. 19, deny Plaintiff's Motion for Summary Judgement, ECF No. 16, affirm the ALJ's decision, and dismiss Plaintiff's Complaint, ECF No. 1.

        Although the Report states that the parties could object to and seek review of the recommendation within 14 days of service, neither Petitioner nor Respondent filed any objections. They have therefore waived their right to appeal Judge Morris's findings. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985).

        Accordingly, it is **ORDERED** that Magistrate Judge Morris's Report and Recommendation, ECF No. 20, is **ADOPTED**.

        Further, it is **ORDERED** that Defendant's Motion for Summary Judgment, ECF No. 19, is **GRANTED**.

        Further, it is **ORDERED** that Plaintiff's Motion for Summary Judgment, ECF No. 16, is

**DENIED**.

Further, it is **ORDERED** that the ALJ's decision is **AFFIRMED**.

Further, it is **ORDERED** that Plaintiff's Complaint, ECF No. 1, is **DISMISSED WITH PREJUDICE**.

Dated: June 8, 2022                              <u>s/Thomas L. Ludington</u>
                                                 THOMAS L. LUDINGTON
                                                 United States District Judge